1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  12341 Newport Ave.,
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  JOHN HO
6

7

8           **CENTRAL DISTRICT OF CALIFORNIA**

9

10 | JOHN HO, an individual,         ) | Case No.: 8:23-cv-01947-FWS-JDE
11 |         Plaintiff,              ) |
   |                                 ) | **PLAINTIFF'S NOTICE OF**
12 |    vs.                          ) | **VOLUNTARY DISMISSAL OF**
   |                                 ) | **ENTIRE ACTION WITH**
13 |                                 ) | **PREJUDICE PURSUANT TO**
   | EL PASEO PLAZA PARTNERS, LLC,   ) | **FEDERAL RULE OF CIVIL**
14 | a limited liability company     ) | **PROCEDURE 41(a)(1)**
15 |                                 ) |
   |         Defendants.             ) |
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**8:23-CV-01947-FWS-JDE**

**PLEASE TAKE NOTICE** that Plaintiff JOHN HO ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

   (a) **Voluntary Dismissal.**

      (1) By the Plaintiff.

         (A)   *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant EL PASEO PLAZA PARTNERS, LLC, a limited liability company has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: January 29, 2024

       /s/ Pamela Tsao

Pamela Tsao, attorney for Plaintiff John Ho

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**8:23-CV-01947-FWS-JDE**